```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
RAMY AYOUB IBRAHIM,

                Plaintiff,        25-cv-4420 (JGK)

    - against -                ORDER

APPLE, INC.,

                Defendant.

---

**JOHN G. KOELTL, District Judge:**

    As reflected at ECF No.9, the United States Marshals Service attempted service on August 15, 2025, but could not complete service because the addresses provided were invalid. The plaintiff is directed to provide, by **September 29, 2025**, a valid address for the unserved defendant.

    The time to serve the summons and complaint is extended to **October 31, 2025**, pursuant to Federal Rule of Civil Procedure 4(m). If the plaintiff fails to provide a valid address or to effect service, the action may be dismissed without prejudice for failure to serve.

    If the plaintiff timely provides a valid address, the Clerk of the Court is directed to issue a summons for the defendant, complete the USM-285 form with the updated address for the defendant, and deliver all documents necessary to effect service to the United States Marshals Service.

The Clerk of the Court is directed to mail a copy of this Order to the plaintiff and note service on the docket.

SO ORDERED.
Dated:   New York, New York
         September 15, 2025

_____
John G. Koeltl
United States District Judge