```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------------------------------

RAMY AYOUB IBRAHIM,

                 Plaintiff,          25-cv-4420 (JGK)

      - against -                ORDER

APPLE, INC.,

                 Defendant.

---------------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The plaintiff has filed a notice correcting the defendant's service address to: CT Corporation System, 330 N. Brand Blvd., Suite 700, Glendale, CA 91203. See ECF No. 11. The time to serve the summons and complaint is extended to **November 30, 2025.**

    The Clerk of Court is respectfully directed to issue a summons for the defendant, complete a USM-285 form using the updated service address, and deliver all documents necessary to effect service to the United States Marshals Service.

    The Clerk of Court is further directed to mail a copy of this Order to the plaintiff and note service on the docket.

SO ORDERED.
Dated:    New York, New York
           October 31, 2025

                                                /s/ John G. Koeltl
                                           John G. Koeltl
                                      United States District Judge