UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

RAMY AYOUB IBRAHIM,

     Plaintiff,    25-cv-4420 (JGK)

   - against -     ORDER

APPLE INC.,

     Defendant.
_____

JOHN G. KOELTL, District Judge:

 On May 27, 2025, the plaintiff filed the complaint in this case. ECF No. 1. The defendant answered the complaint on December 9, 2025. ECF No. 18.

 The parties are therefore directed to submit a Rule 26(f) report by **January 5, 2026.**

SO ORDERED.

Dated:  **New York, New York**
    **December 9, 2025**

          _____
           John G. Koeltl
        United States District Judge