UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAMY AYOUB IBRAHIM,

                          Plaintiff,                    25-cv-4420 (JGK)

          - against -                                   ORDER

APPLE INC.,

                          Defendant.

---

JOHN G. KOELTL, District Judge:

The plaintiff has requested to receive all updates in this case by mail. See ECF No. 22. The Clerk is respectfully directed to mail a copy of this Order to the plaintiff and to mail future docket entries in this case to the plaintiff, and to note each mailing on the docket.

SO ORDERED.
Dated:    New York, New York
          February 24, 2026

                                          John G. Koeltl
                                   United States District Judge